Frank A. McDonnell, for plaintiff in error; S. B. McDonnell, Jr., of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Henry Kunz, appellee, v. Boston Store of Chicago, appellant. Gen. No. 28,070.**

Action on the case for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed June 25, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Moses, Rosenthal & Kennedy, for appellant; Hamilton Moses, of counsel. Corinne L. Rice and O. H. Ranes, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Ben Borris, plaintiff in error. Gen. No. 28,288.**

Charge of violation of section 14, chapter 65a, Cahill's Revised Statutes 1921, p. 1895, in that defendant failed to keep a register of guests in his hotel. Finding of guilty and fine of $50. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed. Opinion filed June 25, 1923.

Litsinger, Healy & Reid, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**E. I. Clara Hoffman, appellee, v. W. N. Macqueen & Company, appellant. Gen. No. 28,193.**

Claim for fraudulently substituting shares of defendant's stock for certain bonds purchased. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed June 25, 1923. Rehearing denied July 6, 1923.

J. S. Dudley, for appellant. Mather & Hutson, for appellee; Lawrence C. Traeger, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**John W. Sturtevant and C. Earle Patterson, appellants, v. St. Francis Hotel Company et al., appellees. Gen. No. 27,965.**

Bill to foreclose a trust deed conveying a leasehold. Cross-petition filed by occupant of premises asking for order that he be not disturbed. Decree entitling cross-petitioner to compensation and to lien on the premises against complainants. Appeal on the decree as it affects cross-petition only. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922.

Affirmed.    Opinion filed June 25, 1923.    Rehearing denied July 6, 1923.

Frank T. Jordan, for appellants.    Wiley W. Mills, for appellees; Francis L. Brinkman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**City of Chicago, appellee, v. M. H. Callner, appellant.    Gen. No. 28,679.**

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. W. E. Helander, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

**City of Chicago, appellee, v. Margery Goodzenski, appellant.    Gen. No. 28,680.**

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

**City of Chicago, appellee, v. Walton H. Callner, appellant.    Gen. No. 28,681.**

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. W. E. Helander, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

**City of Chicago, appellee, v. M. H. Callner, appellant.    Gen. No. 28,682.**

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. W. E. Helander, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

**City of Chicago, appellee, v. Max Isaac, appellant.    Gen. No. 28,683.**

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. J. W. Schulman, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.